## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| WILLIAM PALMER BOYKIN,      ) | |
|     Petitioner,      ) | |
| ) | |
| v.      ) | CIVIL ACTION NO.: 12-00211-KD-M |
| ) | |
| CYNTHIA A. WHITE,      ) | |
|     Respondent.      ) | |

### ORDER

After due and proper consideration of all pleadings in this file, and a *de novo* determination of those portions of the Report and Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated July 2, 2012, is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that Petitioner's habeas petition (Doc. 1) is **DENIED** as time-barred and that this action is **DISMISSED.** It is further **ORDERED** that no certificate of appealability shall issue and no appeal *in forma pauperis* shall be allowed.

**DONE** and **ORDERED** this the **26**$^{th}$ day of **July 2012.**

       /s/ Kristi K. DuBose
       **KRISTI K. DuBOSE**
       **UNITED STATES DISTRICT JUDGE**