**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **WILLIAM PALMER BOYKIN,** | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION NO.: 12-00211-KD-M** |
| | ) | |
| **CYNTHIA A. WHITE,** | ) | |
| **Respondent.** | ) | |

**JUDGMENT**

In accordance with the Order issued on this date, it is hereby **ORDERED, ADJUDGED**

and **DECREED** that **JUDGMENT** is entered in favor of Respondent Cynthia A. White and

against Petitioner William Palmer Boykin.

**DONE** and **ORDERED** this the **26**th day of **July 2012.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**