**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| WILLIAM PALMER BOYKIN, )<br>    Petitioner, )<br>)<br>v. )<br>)<br>CYNTHIA A. WHITE, )<br>    Respondent. ) | CIVIL ACTION NO.: 12-00211-KD-M |

**JUDGMENT**

In accordance with the Order issued on this date, it is hereby **ORDERED, ADJUDGED** and **DECREED** that **JUDGMENT** is entered in favor of Respondent Cynthia A. White and against Petitioner William Palmer Boykin.

**DONE** and **ORDERED** this the **26th** day of **July 2012.**

                        /s/ Kristi K. DuBose
                        **KRISTI K. DuBOSE**
                        **UNITED STATES DISTRICT JUDGE**